UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tonya L. Randleman,                                    Case No. 3:24-cv-760

        Plaintiff,

v.                                                     ORDER

Firelands Habitat for Humanity, Inc.,

        Defendant.

Plaintiff Tonya L. Randleman has filed a motion to proceed on appeal without prepaying the appellate filing fee. (Doc. No. 7). She seeks to argue that I erred in rejecting her attempt to remove this foreclosure dispute from state court and remanding the case. (*See* Doc. No. 4).

Section 1915 provides "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). A court may grant a motion to proceed in forma pauperis if the issues are arguable on their merits, even if the petitioner cannot show a probability of success on the merits. *See, e.g., Foster v. Ludwick*, 208 F. Supp. 2d 750, 765 (E.D. Mich. 2002).

I conclude the issues Randleman raises are plainly frivolous, and there is no possibility she will succeed on appeal. Therefore, I deny her motion to proceed in forma pauperis on appeal. (Doc. No. 7).

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge